UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KATHLEEN Y. CHAPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CV423-144 |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| AND DANIEL ANDERSON, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants Wal-Mart Stores East, LP and Daniel Anderson removed this case from the State Court of Effingham County, Georgia, doc. 1 (Notice of Removal); Defendants then moved to dismiss all claims against Anderson for fraudulent joinder. Doc. 5. The Motion to Dismiss is pending before the District Judge. The District Judge subsequently directed Defendants to demonstrate whether the Court has subject matter jurisdiction over this case. Doc. 14 at 1. Defendants responded to the District Judge's instruction with a Jurisdictional Brief, doc. 16; the District Judge has not yet addressed the brief. *See generally* docket. Plaintiff then filed a motion seeking leave to file an Amended Complaint

substituting "Mark Smith" as a defendant in Anderson's place. Doc. 17 at 1. Defendants responded in opposition to the amendment request. Doc. 21. The parties also filed a Rule 26(f) Report which indicates that they disagree over the proper length of discovery in this case. *See, e.g.*, doc. 20 at 2. The Court set a July 26, 2023 scheduling conference to discuss the Rule 26(f) Report. Doc. 22 (Notice of Hearing).

Given the jurisdictional issues raised by the Motion to Dismiss and the District Judge's Order, docs. 5 & 14, and the pending motion for leave to file an Amended Complaint which could impact at least one of those issues, doc. 17, the Court *sua sponte* **STAYS** all deadlines in this case pending disposition of the Motion to Dismiss, doc. 5. The Rule 26(f) Report is **TERMINATED**, doc. 20, and the July 26, 2023 status conference is **CANCELED**, doc. 22. The Court will provide additional instructions upon disposition of the Motion to Dismiss.

**SO ORDERED**, this 18th day of July, 2023.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA