IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KATHLEEN Y. CHAPMAN,

    Plaintiff,

  v.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-144

**O R D E R**

Before the Court is the Magistrate Judge's November 7, 2023 Report and Recommendation, (doc. 30), to which no objections have been filed. After a careful de novo review of the entire record, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 30), as its opinion and **DENIES** Plaintiff's Motion for Leave of Court to File Amended Complaint and to Substitute Mark Smith as Party Defendant for Defendant Daniel Anderson.   (Doc. 17).

**SO ORDERED**, this 24th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA