IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KATHLEEN Y. CHAPMAN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-144 |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

**O R D E R**

Before the Court is a "Stipulation of Dismissal," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties stipulate to the dismissal of this matter with prejudice, with each party to bear its own attorneys' fees and costs. (Doc. 49.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 13th day of December, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA